UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on June 7, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Yamil, Bautista

| | |
|---|---|
| Case No.: | 17-15775 |
| Hearing Date: | 06/06/2017 |
| Judge: | John K. Sherwood |
| Chapter: | 7 |

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 7, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Harley-Davidson Credit Corp | Case No:    <u>17-15775 JKS</u> |
| In Re:<br>        Bautista, Yamil | Hearing Date: June 6, 2017<br><br>Judge:  John K. Sherwood |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.
    Upon the motion of <u>Harley-Davidson Credit Corp</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is


    ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:


        ☐    Real Property More Fully Described as:

■     Personal Property More Fully Describes as:

**2014 HARLEY-DAVIDSON XL883N IRON, VIN: 1HD4LE215EC451182,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*